**FILED**

JUL 13 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1  James Wesley Kinnear (CA State Bar No 124771)
   Susan Whitecotton (CA State Bar No. 203531)
2  HOLME ROBERTS & OWEN LLP
   One Maritime Plaza, Suite 2400A
3  San Francisco, CA 94111-3404
4  Telephone: (415) 268-2000
   Facsimile: (415) 268-1999
5
6  Attorneys for Plaintiff
   Front Range Solutions USA, Inc.
7

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(SAN FRANCISCO DIVISION)

| | |
|---|---|
| FRONTRANGE SOLUTIONS USA INC<br>Plaintiff,<br><br>v.<br><br>EAGLETRONICS, a Florida corporation, and DOES 1 through 10, inclusive.<br><br>Defendants. | CASE NO. C045496 (MHP)<br><br>**E-FILING**<br><br>[~~PROPOSED~~] ORDER GRANTING FRONTRANGE'S MISCELLANEOUS ADMINISTRATIVE REQUEST |

---

1

[PROPOSED] ORDER GRANTING FRONTRANGE'S MISC. ADMIN. REQUEST
*FrontRange Solutions USA Inc. v. Eagletronics*
Case No. C045496

#10956 v1

# [PROPOSED] ORDER

For the reasons set forth in Plaintiff FrontRange Solutions USA Inc.'s Miscellaneous Administrative Request, the Court finds that good cause exists to continue the Case Management Conference and deadlines for initial disclosures, filing of Rule 26(f) Report and Case Management Statement for sixty (60) days.

IT IS HEREBY ORDERED that the Case Management Conference is continued to September 19, 2005. The parties shall complete initial disclosures and file/serve a Rule 26(f) Report and a Case Management Statement on September 9, 2005.

Dated: 7/13, 2005

By: _____
Marilyn Hall Patel
United States District Court Judge

2

[PROPOSED] ORDER GRANTING FRONTRANGE'S MISC. ADMIN. REQUEST
*FrontRange Solutions USA Inc. v. Eagletronics*
Case No. C045496

#10956 v1