JOSEPH E. ADDIEGO III (CA State Bar No. 169522)
DAVIS WRIGHT TREMAINE LLP
One Embarcadero Center, Suite 600
San Francisco, California 94111
Telephone:   (415) 276-6500
Facsimile:   (415) 276-6599
Email:        joeaddiego@dwt.com

Attorneys for Defendant
DONALD PURSE

FILED
NOV - 8 2005
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRONTRANGE SOLUTIONS USA INC., a Colorado corporation, <br><br>Plaintiff, <br><br>v. <br><br>MATTHEW T. PURSE, individually and d/b/a, WWW.EAGLETRONICS.COM, WWW.SOFTWAREDINER.COM, WWW.TEKDEAL.COM, and WWW.THESOFTWAREYARD.COM; PAW INVESTMENTS, LLC, an Arizona corporation; WESTVIEW MANAGEMENT, LLC, an Arizona corporation; DONALD PURSE, an individual, and DOES 1 though 10, inclusive. <br><br>Defendant. | Case No. C 04-05496 MHP <br><br>**STIPULATION TO EXTEND THE TIME IN WHICH DEFENDANT DONALD PURSE IS TO RESPOND TO PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br>[L.R. 6-1(a) and (b)] <br><br>First Amended Complaint Filed: September 26, 2005 |

Pursuant to Local Rules 6-1(a) and (b) of the United States District Court for the Northern District of California, it is hereby stipulated by and between the Plaintiff Frontrange Solutions USA Inc. and Defendant Donald Purse that Mr. Purse shall have an extension of time up to and including November 30, 2005 to answer or otherwise respond to Plaintiff's First Amended Complaint in the above-captioned action. This enlargement of time will not alter the date of any event or any deadline already fixed by Court order.

The reason for this Stipulation is that counsel for Plaintiff and Mr. Purse intend to meet in person prior to November 30 to discuss the potential informal resolution of the case against Mr.

1

1  Purse. As a result, the parties wish to preserve judicial resources and avoid any unnecessary law
2  and motion practice in the interim.
3      IT IS SO STIPULATED.

5  DATED this 2nd day of November, 2005.

Respectfully submitted,

DAVIS WRIGHT TREMAINE LLP

By: _____
JOSEPH E. ADDIEGO III

Attorneys for Defendant
DONALD PURSE

DATED this 1 day of November, 2005.

HOLME ROBERTS & OWEN LLP

By: _____
JAMES WESLEY KINNEAR

Attorneys for Plaintiff
FRONTRANGE SOLUTIONS USA INC.,
a Colorado Corporation

11/07/05

IT IS SO ORDERED

_____
U.S. DISTRICT JUDGE

DAVIS WRIGHT TREMAINE LLP