1  James Wesley Kinnear (CA State Bar No. 124771)
   Susan Whitecotton (CA State Bar No. 203531)
2  HOLME ROBERTS & OWEN LLP
3  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
4  Telephone:  (415) 268-2000
   Facsimile:   (415) 268-1999
5

6  Attorneys for Plaintiff
   FrontRange Solutions USA Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| FRONTRANGE SOLUTIONS USA INC, a Colorado corporation,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW T. PURSE, individually and d/b/a, WWW.EAGLETRONICS.COM, WWW.SOFTWAREDINER.COM, WWW.TEKDEAL.COM, and WWW.SOFTWAREYARD.COM; PAW INVESTMENTS, LLC., and Arizona corporation; WESTVIEW MANAGEMENT, LLC, an Arizona corporation; DONALD PURSE, an individual, and DOES 1 through 10, inclusive,<br><br>Defendants. | CASE NO. 04-05496 (MHP)<br><br>**E-FILING:**<br><br>STIPULATION and [~~PROPOSED~~] ORDER ON DISMISSAL OF ALL CAUSES OF ACTION AGAINST DONALD PURSE<br><br>First Amended Complaint Filed: September 26, 2005<br><br>Honorable Marilyn Hall Patel<br>Courtroom 15, 18th Floor |

1

STIPULATION and [PROPOSED] ORDER ON DISMISSAL OF ALL CAUSES OF ACTION AGAINST DONALD PURSE
*FrontRange Solutions U.S.A. Inc. v. Eagletronics, et al.*
Case No. 04-05496 (MHP)

#14247 v1

## STIPULATION

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, the parties to the above referenced action stipulate to dismissal of all causes of action against Defendant Donald Purse named in the above referenced action without prejudice, with Defendant Donald Purse to bear his own attorneys fees and costs.

STIPULATED AND AGREED TO:

| HOLME ROBERTS & OWEN LLP | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| /s/ | /s/ |
| JAMES WESLEY KINNEAR | JOSEPH E. ADDIEGO III |
| Counsel for Plaintiff | Counsel for Defendant |
| FRONTRANGE SOLUTIONS, USA, INC. | DONALD PURSE |
| Dated: December 7, 2005 | Dated: December 7, 2005 |

## ORDER

Good cause appearing, the foregoing stipulation is approved and all causes of action against Defendant Donald Purse are dismissed without prejudice, with Defendant Donald Purse bearing his own fees and costs.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/9/2005

The Honorable Marilyn H. Patel
Judge, United States District Court
Northern District of California

2

STIPULATION and [PROPOSED] ORDER ON DISMISSAL OF ALL CAUSES OF ACTION AGAINST DONALD PURSE
*FrontRange Solutions U.S.A. Inc. v. Eagletronics, et al.*
Case No. 04-05496 (MHP)

#14247 v1